UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CYNTHIA ANN GRIFFIN GODSEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  6:14-cv-01323-LSC |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On September 8, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** AND **ORDERED** ON SEPTEMBER 24, 2015.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704